UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MINUTE ORDER - TELEPHONE CONFERENCE/HEARING**

JUDGE: McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Ana Warren

---

Case No.: 4:15-CV-063-A
<u>Gonzalez v. Mutual Mgt. Servs. Co., LLC.</u>

Date Held: 04-29-15   Time: 2:00 p.m.-2:03 p.m. (3 minutes)

---

Plaintiff:   Andrew Gonzalez

Defendants' counsel: Keith Wier

==========================================================================

Telephone conference re: Notice of Settlement.

Per the parties' agreement, the court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Order to follow.

Conference concluded.